D. Victoria Baranetsky, SBN 311892
Brooke Henderson (*pro hac vice* application
   pending)
THE CENTER FOR INVESTIGATIVE
REPORTING
222 Sutter St.
San Francisco, CA 94108
(510) 982-2890 (t)
(510) 849-6141 (f)
vbaranetsky@cir.org

Matthew Strugar, SBN 232951
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(323) 696-2299 (t)
matthew@matthewstrugar.com

Peter Bibring, SBN 223981
LAW OFFICE OF PETER BIBRING
2210 W. Sunset Blvd., #203
Los Angeles, CA 90026
(213) 471-2022 (t)
peter@bibringlaw.com

Matthew S.L. Cate, SBN 295546
LAW OFFICE OF MATTHEW S. L. CATE
101 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel/Fax: (415) 964-4400
matt@matthewcatelaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>                              Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>                              Defendant. | Case No. _____<br><br>**COMPLAINT FOR INJUNCTIVE RELIEF** |

## INTRODUCTION

1.     This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, for injunctive and other appropriate relief.

2.     The Center for Investigative Reporting ("CIR" or "Plaintiff") seeks processing and release of agency records requested from Defendant, the United States Department of Health and Human Services and its component entities ("HHS" or "Defendant") and seeks to compel HHS to correct its policy and practice of impermissible delays in response to FOIA requests.

3.      For nearly a decade, HHS had significant delays in its processing of FOIA requests, but in 2025, widespread layoffs at HHS exacerbated the agency's already tenuous ability to fulfill its statutory obligations under FOIA making compliance entirely impracticable.

4.      According to reports, in March and April 2025, HHS fired multiple teams of FOIA staff at the Food and Drug Administration ("FDA") and entirely eliminated the offices that respond to FOIA requests at the Centers for Disease Control and Prevention ("CDC"), Administration for Children and Families ("ACF"), and National Institutes of Health ("NIH").[1]

5.      As of May 2025, HHS had "almost 13,000 backlogged FOIA requests, and 49 percent of these backlogged requests are at the components impacted by [the] firings."[2]

6.      In July, HHS finalized a portion of its layoffs resulting in 25 percent cuts to staff.[3]

7.      In October, HHS sent dismissal notices to additional employees, raising concerns that it would "make it difficult for HHS agencies to fulfill their obligations set by Congress."[4]

8.      Many members of Congress have expressed serious concern about the "[g]utting [] at NIH, CDC, ACF, and FDA FOIA offices" making "it even more difficult for HHS to respond to

---

[1] Ben Johansen, *Kennedy Shutters Several FOIA Offices at HHS*, Politico (Apr. 3, 2025), https://www.politico.com/news/2025/04/03/kennedy-shutters-several-foia-offices-at-hhs-00268646; Reshma Ramachandran, *The Sudden Dismissal of Public Records Staff at Health Agencies Threatens Government Accountability*, The Conversation (Apr. 16, 2025), https://theconversation.com/the-sudden-dismissal-of-publicrecords-staff-at-health-agencies-threatens-government-accountability-254024 [https://perma.cc/M748-B3EM]; Sydney Lupkin, *After promising transparency, RFK guts public records teams at HHS*, NPR (Apr. 3, 2025), https://www.npr.org/sections/shots-health-news/2025/04/03/g-s1-57888/hhs-fda-rfk-foia-public-records [https://perma.cc/5K4F-JKFK].

[2] Ron Wyden, *Letter to Robert F. Kennedy, Jr., Secretary, U.S. Department of Health and Human Services, re: HHS FOIA Closures* (May 8, 2025), U.S. Senate Committee on Finance, https://www.finance.senate.gov/imo/media/doc/hhs_foia_closures_letter_-_050825pdf.pdf [https://perma.cc/6WND-VV3S].

[3] Jory Heckman, *HHS finalizes 'portion' of employee layoffs following Supreme Court ruling*, Federal News Network, (July 14, 2025), https://federalnewsnetwork.com/workforce/2025/07/hhs-finalizes-portion-of-employee-layoffs-following-supreme-court-ruling/ [https://perma.cc/74EA-7BX7].

[4] Ali Swenson and Jonel Alecia, *Federal employees in mental health and disease control were among targets in weekend firings*, Federal News Network, (October 14, 2025), https://federalnewsnetwork.com/government-shutdown/2025/10/federal-employees-in-mental-health-and-disease-control-were-among-targets-in-weekend-firings/ [https://perma.cc/ZY6Y-QJ5J].

FOIA requests in a timely manner."[5] News reports also expressed concern about the agency cuts impacting the agency's FOIA obligations.[6]

9.    FOIA exists to "ensure an informed citizenry, vital to the functioning of a democratic society." *NLRB v. Robbins Tire & Rubber Co*., 437 U.S. 214, 242 (1978).

10.    CIR is at the forefront of reporting on health matters within the country and has regularly used public records obtained from HHS under the FOIA to supplement CIR's vital public health reporting.

11.    Other FOIA requesters have similarly relied on FOIA requests to HHS to advocate for important policies and regulations, saving countless American lives.

12.    HHS's recent policies and practices have led to constant FOIA violations, including but not limited to larger-than-ever backlogs, skyrocketing agency litigation costs, and ultimately a systemic culture of non-compliance with FOIA deadlines standing in the way of the vital pursuits of CIR and organizations like CIR.[7]

13.    CIR therefore brings this action to compel HHS to process its FOIA requests and to enjoin HHS to correct its policy or practice of impermissible FOIA delays. 5 U.S.C. § 552(a)(3)(A), (a)(6).

## JURISDICTION

14.    The Court has subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. §§ 552(a)(4)(B) and 552(a)(6)(C)(i). This Court also has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1436, and 5 U.S.C. §§ 701–706.

---

[5] Wyden letter, *supra* note 2. Rep. Gerry Connolly from Virginia, sent the CDC director a letter, expressing "concern" about the cuts and pushing for the FOIA team to be restored. Sydney Lupkin, *House oversight Democrat demands answers on gutting of CDC public records office*, NPR (Apr. 24, 2025), https://www.npr.org/sections/shots-health-news/2025/04/24/nx-s1-5375065/cdc-hhs-public-records-foia [https://perma.cc/93JD-4JYS].

[6] *See, e.g.*, Lupkin, *supra* note 1 (noting concerns that "layoffs of FOIA staff will 'exponentially' increase backlogs and delays for health-related public records requests" and that layoffs are "antithetical to openness and transparency"); Alexander Tin, *RFK Jr. Purges CDC and FDA's Public Records Teams, Despite 'Transparency' Promises*, CBS News (Apr. 1, 2025), https://www.cbsnews.com/news/rfk-jr-purges-cdc-fda-records-transparency-teams/ [https://perma.cc/9SEH-NQC7].

[7] *See* Ramachandran, *supra* note 1.

**VENUE AND INTRADISTRICT ASSIGNMENT**

15.     Venue is proper in this district under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1391(e) and 1402. CIR has its principal place of business in this district.

16.     Assignment to the San Francisco or Oakland Division is proper pursuant to Local Rule 3-2(c) and (d) because a substantial portion of the events giving rise to this action occurred in San Francisco County, where CIR's principal place of business is located and most actions in this case occurred.

**PARTIES**

17.     Founded in 1976 as the first national investigative news organization, CIR has received dozens of awards for its reporting. CIR is a non-profit established under the laws of the State of California, with its primary office in San Francisco, California. CIR publishes *Reveal*, an online news site at revealnews.org, a radio show (also called Reveal) with approximately 1 million weekly listeners across more than 500 public radio stations nationwide, and *Mother Jones* magazine.

18.     HHS is a department of the executive branch of the U.S. government and an "agency" within the meaning of 5 U.S.C. § 552(f)(1). HHS comprises several component agencies, including the CDC, FDA, and NIH.

**FACTUAL BACKGROUND**

**A.      CIR relies on FOIA requests to report on matters of public concern involving HHS and its component subagencies.**

19.     CIR provides leading coverage on various subjects touching on the work of HHS and its component agencies, from HHS's inner workings to profiles of its components' decisionmakers to various substantive subjects about Americans' health.[8]

---

[8] *See, e.g.,* Julianne McShane, *RFK Jr.'s Enemies List Just Got a Lot Longer*, Mother Jones (Sep. 3, 2025), https://www.motherjones.com/politics/2025/09/rfk-jr-s-enemies-list-just-got-a-lot-longer/ [https://perma.cc/LFV8-4U3L]; Julia Métraux, *Vinay Prasad, Who Is Making It Harder to Get the Covid Vax, Barely Comes Into Office.,* Mother Jones (Sep. 2, 2025), https://www.motherjones.com/politics/2025/09/vinay-prasad-covid-work-from-home/ [https://perma.cc/2K9B-4422]; Henry Carnell & Madison Pauly, *"An Anti-Trans Fever Dream": HHS Publishes Attack on Gender-Affirming Youth Care,* Mother Jones (May 1, 2025), https://www.motherjones.com/politics/2025/05/hhs-trans-youth-gender-care-report/ [https://perma.cc/8U6X-FHTE]. A search for HHS on *Mother Jones* archives returns more than

-4-
COMPLAINT FOR INJUNCTIVE RELIEF

20.    For example, *Mother Jones* reporter Julianne McShane alone has discussed HHS in over ten articles this year. *Mother Jones* reporters Henry Carnell,[9] Arianna Coghill,[10] Anna Merlan,[11] Kiera Butler,[12] David Corn,[13] Artis Curiskis,[14] Inae Oh,[15] Abby Vesoulis,[16] Dylan Scott,[17] Sarah

---

four hundred articles. Mother Jones, "HHS", https://www.motherjones.com/?s=HHS [https://perma.cc/2VQ7-KKH5].

[9] Henry Carnell, *Trans Health Care "Skeptics" Lost a Key Ally—Now They're Having a Meltdown*, Mother Jones (Sept. 23, 2025), https://www.motherjones.com/politics/2025/09/guyatt-transgender-care-youth-medicine-evidence-segm/ [https://perma.cc/28RV-Z7RD].

[10] Arianna Coghill, *"Spiraling Deeper and Deeper Into Danger": RFK Jr. Forces Out Top Vaccine Official*, Mother Jones (March 29, 2025), https://www.motherjones.com/politics/2025/03/robert-kennedy-jr-forces-out-peter-marks-vaccines-measles-fda/ [https://perma.cc/K64H-PMBZ].

[11] Anna Merlan, *The Saga of RFK Jr. and an Estonian Vaccine Skeptics Conference*, Mother Jones (Sept. 12, 2025), https://www.motherjones.com/politics/2025/09/rfk-jr-anti-vax-conference-estonia/ [https://perma.cc/9HXT-KGKP].

[12] Anna Merlan & Kiera Butler, *The Bonkers Wellness Myths That Fueled Trump's Autism Announcement*, Mother Jones (Sept. 23, 2025), https://www.motherjones.com/politics/2025/09/the-bonkers-wellness-myths-that-fueled-trumps-autism-announcement/ [https://perma.cc/4XXY-XY78].

[13] David Corn, *RFK Jr., Onetime Environmentalist, Kills NIH Climate Change Programs,* Mother Jones (Feb. 19, 2025), https://www.motherjones.com/politics/2025/02/robert-f-kennedy-jr-climate-change-health-national-institutes-of-health-ken-callahan/ [https://perma.cc/X9J7-WJN4].

[14] Artis Curiskis, *Pandemic Truthers Take Over HHS Covid Site,* Mother Jones (April 18, 2025), https://www.motherjones.com/politics/2025/04/covid-gov-hhs-website-pandemic-misinfo/ [https://perma.cc/KSD9-NX83].

[15] Inae Oh, *"Fire RFK Jr. Now,"* Mother Jones (Aug. 30, 2025), https://www.motherjones.com/politics/2025/08/fire-rfk-jr-now/ [https://perma.cc/CTR5-3LZ7].

[16] Abby Vesoulis, *This $50 Billion Band-Aid Won't Save Rural Health Care*, Mother Jones (Aug. 4, 2025), https://www.motherjones.com/politics/2025/08/medicaid-cuts-congress-this-50-billion-band-aid-wont-save-rural-health-care/ [https://perma.cc/PM3V-4XTU].

[17] Dylan Scott, *RFK Jr.'s MAHA Movement Is on a Collision Course With Trump's EPA*, Mother Jones (July 31, 2025), https://www.motherjones.com/politics/2025/07/rfk-jr-maha-movement-lee-zeldin-trump-epa-health-pesticides-regulation/ [https://perma.cc/M4R4-SYHY].

Szilagy,[18] Jackie Flynn Mogensen,[19] Dan Friedman,[20] Naveena Sadasivam,[21] and Jamilah King[22] have all featured HHS in their reporting.

21.     At CIR and other outlets, reporting based on HHS disclosures has often spurred legislative changes that increase the protections for Americans' health and help save lives.[23]

22.     For instance, reporter Julia Lurie published a *Mother Jones* story relying on accounts from HHS officials regarding the opioid epidemic that sparked a Congressional response.[24]

23.     During the COVID-19 pandemic, CIR's FOIA requests to HHS helped tell a crucial story about government data collection regarding COVID-19 for *Reveal*'s story *The Covid Tracking Project* that was a Peabody finalist.[25]

24.     CIR regularly relies on public records obtained from HHS through FOIA requests to

---

[18] Sarah Szilagy, *Texas Judge Throws Out Biden Rule Protecting Medical Privacy on Abortion*, Mother Jones (June 20, 2025), https://www.motherjones.com/politics/2025/06/texas-judge-throws-out-biden-rule-protecting-medical-privacy-on-abortion/ [https://perma.cc/Z9AX-ZK5Y].

[19] Jackie Flynn Mogensen, *A Leaked Memo Reveals Details About Trump's War on Science at the NIH,* Mother Jones (May 7, 2025), https://www.motherjones.com/politics/2025/05/nih-hhs-leaked-memo-funding-cuts-trump-war-on-science-vaccines-rfk-climate-change-covid-china/ [https://perma.cc/S6UU-S5H8].

[20] Dan Friedman, *RFK Jr. May Have Inspired Acting US Attorney's Harassment of Medical Journals*, Mother Jones (May 6, 2025), https://www.motherjones.com/politics/2025/05/rfk-jr-us-attorney-ed-martin-harassment-medical-journals-nejm-lancet-chest-jama/ [https://perma.cc/QFJ5-97BX].

[21] Naveena Sadasivam, *If Trump Doesn't Fix This Blunder, "People Would Die in Their Homes"*, Mother Jones (April 16, 2025), https://www.motherjones.com/politics/2025/04/trump-rfk-jr-hhs-layoffs-low-income-energy-assistance-program/ [https://perma.cc/6C6L-S6X9].

[22] Jamilah King, *RFK Jr. Cut 10,000 HHS Jobs. Milwaukee Kids Paid the Price.,* Mother Jones (April 12, 2025), https://www.motherjones.com/politics/2025/04/rfk-jr-aimed-to-cut-10000-hhs-workers-milwaukee-kids-just-paid-the-price/ [https://perma.cc/TBK5-JZQV].

[23] Ramachandran, *supra* note 1.

[24] *See* Julia Lurie, *Doctors Receive Opioid Training. Big Pharma Funds It. What Could Go Wrong?*, Mother Jones (April 27, 2018), https://www.motherjones.com/politics/2018/04/doctors-are-required-to-receive-opioid-training-big-pharma-funds-it-what-could-go-wrong/ [https://perma.cc/B6CZ-UMKS]; Edward J. Markey, *Letter to Alex Azar, Secretary, U.S. Department of Health and Human Services*, (May 24, 2018), https://www.markey.senate.gov/imo/media/doc/letters%20re%20continuing%20education%20for%20opioids.pdf [https://perma.cc/E349-RL8Z].

[25] *The Covid Tracking Project,* Reveal (August 3, 2024), https://revealnews.org/article/covid-tracking-project/ [https://perma.cc/DWX4-BUZ4].

COMPLAINT FOR INJUNCTIVE RELIEF

inform these and other investigative reporting efforts.[26] In furtherance of its ongoing reporting, CIR has submitted additional FOIA requests to HHS and its component agencies and will continue to submit FOIA requests to HHS in the future.

25.    CIR's right to obtain timely access to requested as required by FOIA has been repeatedly violated by HHS and its component agencies and will continue to be violated in the future absent judicial relief.

**B.    HHS and its component agencies repeatedly violate the FOIA in their processing of CIR's FOIA requests.**

**a.  Métraux Request**

26.    On July 23, 2024, CIR reporter Julia Métraux sent a FOIA request to the FDA seeking "all email correspondence between the FDA and [certain specified individuals] pertaining to the Judge Rotenberg Educational Center and potential regulations to re-ban Electrical Stimulation Devices" ("Métraux Request").

27.    The FDA acknowledged receipt of the Métraux Request the same day but asserted that it "may be unable to comply" with the request in the time required by law. A true and correct copy of the FDA's acknowledgment is attached as Exhibit 1.

**b.  Pauly Request**

28.    On May 2, 2025, CIR reporter Madison Pauly sent a FOIA request to the HHS Office of the Secretary, via email to *foiarequest@hhs.gov*, a true and correct copy of the which is attached as Exhibit 2 ("Pauly Request"). This request sought disclosure of records dated after January 20, 2025, including: (1) email threads stored in the account of HHS Secretary Robert F. Kennedy, Jr., and six other specified HHS officials with any of seven identified individuals, organizations, or email domains in the "from," "to," "cc," or "bcc" fields; (2) any electronic communications (including emails, calendar invitations, text messages or messages on other electronic platforms) in accounts of

---

[26] *See, e.g.*, Julianne McShane, *RFK Jr.'s Enemies List Just Got a Lot Longer*, Mother Jones (Sep. 3, 2025), https://www.motherjones.com/politics/2025/09/rfk-jr-s-enemies-list-just-got-a-lot-longer/ [perma.cc/8ZPZ-3ZC3]; Julia Métraux, *Vinay Prasad, Who Is Making It Harder to Get the Covid Vax, Barely Comes Into Office.*, Mother Jones (Sep. 2, 2025), https://www.motherjones.com/politics/2025/09/vinay-prasad-covid-work-from-home/ [perma.cc/CSG9-XM3M].

the seven HHS officials "where such records pertain in whole or in part to the production of the May 1, 2025 report titled 'Treatment for Pediatric Gender Dysphoria: Review of Evidence and Best Practices' or the peer review thereof;"[27] or (3) all contracts or invoices in the possession of HHS to which the firms Guidehouse or Rose Li and Associates are party, including any email threads to which the contracts or invoices are attached.

29.    That same day, the Office of the Secretary sent Pauly an acknowledgement that they received her request, a true and correct copy of which is attached as Exhibit 3.

### c. Lurie Request

30.    On May 15, 2025, CIR reporter Julia Lurie submitted a request to HHS through the agency's HHS FOIA Submission Site (https://requests.publiclink.hhs.gov/) requesting the following information ("Lurie Request"):[28]

> *Request description*: I request all correspondence, including emails and text messages, to and from HHS Sec. Robert F. Kennedy Jr. from February 3, 2025 to May 15, 2025 about Ibogaine therapy and healing farms. Please include all correspondence including but not limited to the words:
> "Ibogaine"
> "Healing farms"
> "Wellness farms"
>
> *Request for expedite reason*: I am a reporter covering addiction, and I am requesting information about the federal government's overdose response plan. This is an urgent matter: Overdoses killed 80,000 Americans last year, and HHS leads the federal government's response.

31.    The same day, HHS acknowledged receipt of Lurie's request via an email, a true and correct copy of which is attached as Exhibit 4.

---

[27] U.S. Dep't Health & Hum. Servs., *Treatment For Pediatric Gender Dysphoria: Review Of Evidence And Best Practices* (May 1, 2015), https://opa.hhs.gov/gender-dysphoria-report; Press Release, *HHS Releases Comprehensive Review of Medical Interventions for Children and Adolescents with Gender Dysphoria*, U.S. Dep't Health & Hum. Servs. (May 1, 2025), https://www.hhs.gov/press-room/gender-dysphoria-report-release.html [perma.cc/D2VU-JKSQ] ("Names of the contributors to the review are not initially being made public, in order to help maintain the integrity of this process.").

[28] Neither the HHS FOIA Submission Site nor the agency's acknowledgement emails provide requestors with the text of their requests. As of the date of the filing of the complaint, attempts to access the HHS FOIA Submission Site returned only error saying that the site returned "unusual and incorrect credentials" and could not be accessed.

**d. HHS failed to respond to all three CIR requests**

32. Like all agencies subject to the FOIA, HHS must respond to a FOIA request within clear statutory deadlines, generally within 20 working days, by informing the requester of which records it will release in response to the request and which records it will withhold and its justification for withholding. 5 U.S.C § 552(a)(6)(A)(i).

33. Neither HHS nor its component agencies asked CIR for further information regarding any of these three FOIA requests or otherwise provided CIR with any information or notice of unusual circumstances that might lawfully toll their time to respond to the requests under the FOIA.

34. These three FOIA requests are limited and straightforward, seeking correspondence with narrowly specified search terms.

35. Despite the agency's obligations under the FOIA, HHS has not provided CIR with the determinations required by the FOIA for the Métraux Request, Pauly Request, or Lurie Request.

36. HHS's failure to provide the determinations required by law within the statutory deadline constitutes a constructive denial of each of those requests and violates the FOIA.

**C. HHS's non-compliance with FOIA deadlines has been consistent and widespread since 2017.**

37. HHS's delays in responding to FOIA requests are not isolated incidents confined to CIR's requests, but are prolonged, persistent, and unexplained by anything other than an unlawful policy or practice of non-compliance with the agency's legal obligations under FOIA.

38. FOIA requires HHS and all other agencies to respond to a FOIA request within 20 working days. 5 U.S.C § 552(a)(6)(A)(i). An agency's failure to make a determination on a FOIA request within 20 working days is subject to judicial review. *Id.* § 552(a)(6)(C)(i).

39. For years HHS was in strict compliance with FOIA.

40. More than a decade ago, in 2012, HHS was touted as a "FOIA Success Story" for "process[ing] more FOIA requests than it received" for the fifth consecutive year and for reducing its backlog by 12 percent.[29]

---

[29] *2012–2013 Agency FOIA Success Stories,* U.S. Dep't of Justice, https://www.justice.gov/archives/oip/reports-0 [https://perma.cc/967Z-M9FF].

41.     By the end of fiscal year 2016, HHS was held up in some corners as a model for others to emulate, reportedly constituting the only cabinet level agency to meet a goal set in a 2009 executive order for agencies to "take steps to reduce" their FOIA backlogs by 10 percent each year.[30]

42.     Since 2017, however, HHS's handling of FOIA requests suffered, starting a pattern of noncompliance. The agency began to accumulate a backlog of requests that consistently flouted statutory deadlines.

43.     At the end of the 2017 fiscal year, HHS reported a backlog of 4,545 requests and was reported as one of the seven agencies that accounted for 82 percent of the entire government's FOIA backlog.[31]

44.     By 2020, HHS's consistent failure to adhere to its obligations under FOIA had nearly doubled its backlog to 8,817 requests.[32]

45.     By 2023, HHS reported that its backlog reached over 12,000.[33]

46.     By the end of fiscal year 2024, HHS's backlog stood at 12,685 requests—the highest year-end number in a decade.[34]

47.     Along the way, many HHS components were taking more than twice as long as the law allowed to respond even to requests they deemed the lowest-hanging fruit because of the "low volume" of records involved and "simplicity" of the records requested.[35]

48.     Backlogs plague the agency's subcomponents, including the two subcomponents that

---

[30] *See* Swetha Kareti, *HHS Only Department to Meet Obama's FOIA Backlog Reduction Order*, Unredacted: The National Security Archive Blog (Feb. 9, 2017), https://unredacted.com/2017/02/09/hhs-only-department-to-meet-obamas-foia-backlog-reduction-order/ [https://perma.cc/2SDT-S7AV] (reporting HHS then-FOIA director as crediting the agency's success to "efficient tracking systems, improved customer communication and, most importantly, holding staff accountable").

[31] *Summary of Annual FOIA Reports for Fiscal Year 2017*, U.S. Dep't of Justice, https://www.justice.gov/oip/page/file/1069396/dl?inline [https://perma.cc/5ESS-5BTM].

[32] *Summary of Annual FOIA Reports for Fiscal Year 2020*, U.S. Dep't of Justice, https://www.justice.gov/oip/page/file/1436261/dl?inline [https://perma.cc/LKF6-GSUX].

[33] Fiscal Year 2023 Freedom of Information Annual Report, U.S. Dep't of Health & Human Servs., https://www.hhs.gov/foia/reports/quarterly/2023/index.html#q1 [https://perma.cc/X7VP-FV3A].

[34] Fiscal Year 2024 Freedom of Information Annual Report, U.S. Dep't of Health & Human Servs., https://www.hhs.gov/foia/reports/annual-reports/2024/index.html [https://perma.cc/Y85P-GW4N].

[35] *Id.* (reporting nearly every HHS component as taking more than 20 days to respond to "simple" requests, three components taking more than 50 days to do, and an average of more than 24 days to respond to such requests across the agency).

to which CIR directed the Métraux, Pauly, and Lurie Requests.

49.     HHS's publicly available quarterly reports show that backlogs at FDA have steadily



increased over the past decade, nearly doubling in that time:[36]

50.     Data for the HHS Office of the Secretary show a much steeper increase in backlog, with a thirty-five-fold increase over the same time period:[37]



---

[36] Data from HHS FOIA Quarterly Reports posted on HHS's website at https://www.hhs.gov/foia/reports/quarterly/index.html [https://perma.cc/G5BT-3HH2].
[37] *Id.*

-11-

51.    HHS's growing backlog and persistent noncompliance with FOIA deadlines has compelled FOIA requesters to enforce their rights through litigation. HHS and the FDA have been parties in nearly 300 FOIA suits between 2023 to 2025 alone.

52.    HHS's strategy has driven a fivefold increase in FOIA litigation costs in just a few years, from $2.8 million for fiscal year 2021 to more than $14.1 million in 2024.

53.    Starting in January 2023, the Children's Health Defense ("CHD"), founded by Robert F. Kennedy Jr., sued the agency for records that might indicate correlations between the COVID-19 vaccination and adverse effects. *Child.'s Health Def. v. FDA*, No. 23-CV-220, 2024 WL 147851, at 3 (D.D.C. Jan. 12, 2024). In the course of that litigation, the FDA claimed that it would need 75 years to process the documents requested in July 2022, CHD replied that the agency's timing of its workload "is a problem of the FDA's own making" by refusing to staff its FOIA division sufficiently. With the recent cuts, current FOIA requests to HHS have been, and are likely to continue to be, subject to that same practice. *Id.* at 14, 38.

54.    The Department for Veterans Affairs, which is comparable in size and number of requests to HHS, has a backlog that is roughly one-eighth the size of HHS's.[38]

55.    Similarly, the Department of Labor, another similarly sized agency, reported a total backlog of 2,094 in 2024, a fraction of HHS's backlog.[39]

**D.    In 2025 HHS took steps that only further cemented its policy and practice of delay and worsened its track record of noncompliance.**

56.    In February 2025, HHS Secretary Robert F. Kennedy Jr. promised agency transparency, stating, "We will make our data and our policy process so transparent that people won't even have to file a FOIA request."[40]

57.    Following these remarks, in April 2025, HHS announced that it would reduce its

---

[38] *2024 Annual FOIA Report Summary*, U.S. Dep't of Justice, Office of Information Policy, https://www.justice.gov/oip/media/1398111/dl?inline [https://perma.cc/YF4F-VD8H].

[39] *2024 Chief FOIA Officer Report - Solicitor of Labor/DOL Chief FOIA Officer Report*, U.S. Dep't of Labor, https://www.dol.gov/general/foia/reports/chief-foia-officer/2024 [https://perma.cc/7FHJ-5X22].

[40] Berkeley Lovelace Jr., et al., *Widespread job cuts begin at health agencies*, NBC News (Apr. 1, 2025), https://www.nbcnews.com/health/health-news/widespread-job-cuts-begin-health-agencies-rcna198859 [https://perma.cc/YZ6Q-G5HC].

workforce of 82,000 by roughly 20,000 to 62,000 employees. These cuts included the "wholesale elimination" of FOIA departments at the NIH, CDC, and ACF.[41]

58.    These staff reductions also included FOIA officers within the FDA[42] and impacted the Office of General Counsel.[43]

59.    HHS and its components now lack dedicated staff to process most FOIA requests.[44]

60.    Members of Congress warned about these cuts deleteriously impacting FOIA. Senate Finance Committee Ranking Member Ron Wyden wrote a letter to Department of Health and Human Services (HHS) Secretary Robert F. Kennedy Jr. to express concern following the staff reduction: "It is essential that FOIA offices have the resources to disclose appropriate information to the public in response to records requests."[45] Rep. Gerry Connolly from Virginia, sent the CDC director a letter, expressing "concern" about the cuts and pushing for the FOIA team to be restored.[46]

61.    Indeed, HHS's decision to slash FOIA offices and staff compounds its prior admitted failure to comply with its statutory obligations under the FOIA.

62.    A searchable public list of FOIA requests maintained by the pro-transparency organization MuckRock Foundation shows hundreds of FOIA requests remain open at HHS (and its component agencies), a significant number of which have seen continued delays and other noncompliance. Various organizations and newsrooms submitted these requests and await a response

---

[41] *Wyden Slams RFK on Purging Public Records Teams at HHS After Publicly Promising "Radical Transparency"*, U.S. Senate Committee on Finance (May 8, 2025), https://www.finance.senate.gov/ranking-members-news/wyden-slams-rfk-on-purging-public-records-teams-at-hhs-after-publicly-promising-radical-transparency [https://perma.cc/ZMD2-KJRF].

[42] Zachary Stieber, *Entire CDC FOIA Office Fired as Health Agency Moves to Centralize Structure*, Epoch Times (updated Apr. 4, 2025), https://www.theepochtimes.com/health/entire-cdc-foia-office-fired-as-health-agency-moves-to-centralize-structure-5835502 [https://perma.cc/FQ59-VU43].

[43] HHS Office of General Counsel Announces Reorganization Effort, HHS, (March 11, 2025), https://www.hhs.gov/press-room/ogc-reorganization-effort.html [https://perma.cc/U44Z-JUJU].

[44] Alexander Tin, *RFK Jr. purges CDC and FDA's public records teams, despite "transparency" promises*, CBS News (Apr. 1, 2025), https://www.cbsnews.com/news/rfk-jr-purges-cdc-fda-records-transparency-teams/ [https://perma.cc/9SEH-NQC7].

[45] Wyden letter, *supra* note 2.

[46] *See* Sydney Lupkin, *House oversight Democrat demands answers on gutting of CDC public records office*, NPR (Apr. 24, 2025), https://www.npr.org/sections/shots-health-news/2025/04/24/nx-s1-5375065/cdc-hhs-public-records-foia [https://perma.cc/93JD-4JYS].

to inform the public, including but not limited to the Trans Journalists Association, Fiat Fiendum, Inc., Wired, The Daily Beast, ProPublica, The Markup, New York Focus, #DetentionKills, 404 Media, Reason Magazine, The Sick Times, Sentient Media, The Washington Post, Foundation for Individual Rights and Expression, MuckRock, and others.[47]

63.    Similar to CIR, a reporter from the newsroom ProPublica filed three separate FOIA requests with HHS in July 2025, which HHS acknowledged as received but provided no subsequent updates or response.[48]

64.    Given these delays, multiple members of the public have filed FOIA lawsuits this year because their record requests to HHS went unanswered. On April 4, 2025, Citizens for Responsibility and Ethics in Washington sued HHS over the failure to respond to its requests and the closure of the CDC's FOIA office, alleging such a move violates FOIA and the Administrative Procedure Act. *Citizens for Responsibility and Ethics in Washington v. U.S. Centers for Disease Control and Prevention*, 1:25-cv-01020, (D.D.C. filed Apr. 4, 2025). On August 1, 2025, PrEP4All, a nonprofit dedicated to ending the HIV epidemic, also filed suit against HHS, because "it seems that even basic information requests are unmanageable for HHS and DOJ following DOGE cuts and reductions in force," Executive Director Jeremiah Johnson explained.[49] Similarly in 2025, the Center for Reproductive Rights filed three FOIA suits against HHS for FOIA requests that are still largely unanswered. *See, e.g.*, *Center for Reproductive Rights v. U.S. Dep't of Health & Human Servs.*, No. 1:25-cv-03023 (D.D.C. filed Sept. 5, 2025).

65.    The agency's policy or practice of noncompliance will continue in the future absent relief from the Court compelling HHS to fully comply with FOIA's deadlines.

66.    CIR regularly reports on issues involving HHS and its component agencies and

---

[47] *See* MuckRock, "Department of Health and Human Services," (Sept. 22, 2025) https://www.muckrock.com/foi/list/?agency=74 [https://perma.cc/6KQQ-MNVR] (search listing open FOIA requests at to HHS, not including requests to component agencies such as the FDA).
[48] The three requests by Annie Waldman are 2025-03246-FOIA-OS (request for list of all HHS employees, dated July 2, 2025), 2025-03321-FOIA-OS (request for communications related to reassignment of senior agency staff to the Indian Health Services, dated July 14, 2025), and 2025-03322-FOIA-OS (list of all employees offered reassignment to IHS, July 15, 2025).
[49] *PrEP4All Sues DOJ and HHS for Noncompliance in US v. Gilead FOIA Request,* PrEP4All, (Aug. 1, 2025), https://prep4all.org/doj-hhs-lawsuit/ [https://perma.cc/MAD3-5EU7].

regularly relies on FOIA requests for its investigative reporting. Plaintiff intends to continue to investigate and report on these issues in the future and to use FOIA requests to do so. HHS's policy ongoing practice of noncompliance will interfere with CIR's ability to investigate and report on HHS actions through FOIA requests.

## CAUSE OF ACTION

### Violation of FOIA (5 U.S.C. § 552)

67.    CIR repeats and realleges the paragraphs above.

68.    HHS is subject to FOIA and must therefore respond to a FOIA request by timely providing a "determination" within the meaning of the FOIA and by producing disclosable nonexempt records in its possession that are responsive to a FOIA request.

69.    As described above, HHS has repeatedly failed, without legal justification, to act on FOIA requests within the time and as required by the FOIA.

70.    HHS's repeated and ongoing application of and compliance with its own policies or practices has caused and will continue to cause irreparable harm to CIR and other FOIA requesters by denying the timely access to public records to which the FOIA entitles them.

71.    CIR has been and will continue to suffer irreparable harm, including in the form of denial of timely access to public records through the FOIA, unless and until HHS is enjoined from following its current policies or practices regarding the processing of FOIA requests and is instead compelled to comply fully with the FOIA's requirements now and going forward as required by law.

72.    Plaintiff is entitled to declaratory and injunctive relief compelling the release and disclosure of the requested records and to correct HHS's ongoing violation of the FOIA.

## REQUESTED RELIEF

WHEREFORE, CIR prays that this Court:

1.    Declare that Defendant HHS violated FOIA by failing to provide requested records in response to CIR's FOIA requests and failing to notify CIR of any determination in response to the requests;

2.    Declare that Defendant HHS violated FOIA;

3.    Declare that the documents sought by their FOIA request, as described in the

foregoing paragraphs, are public under 5 U.S.C. § 552 and must be disclosed;

4.    Order Defendant HHS to immediately disclose, in their entirety, all public records responsive to CIR's First, Second, and Third Requests;

5.    Declare that Defendant HHS engaged in a policy or practice of violating FOIA by persistent and prolonged delays in responding to FOIA requests and failing to notify requesters of any determinations within the time required by law;

6.    Enjoin Defendant HHS from maintaining its policy or practice of failing to respond to and comply with FOIA requests as required by law;

7.    Award Plaintiff the costs of this proceeding, including reasonable attorneys' fees, as expressly permitted by FOIA; and

8.    Grant Plaintiff such other and further relief as this Court may deem just and proper.

Respectfully submitted,

Dated: November 20, 2025

THE CENTER FOR
  INVESTIGATIVE REPORTING

/s/ D. Victoria Baranetsky
D. VICTORIA BARANETSKY
BROOKE HENDERSON (*pro hac vice* application pending)

LAW OFFICE OF PETER BIBRING

/s/ Peter Bibring
PETER BIBRING

LAW OFFICE OF MATTHEW STRUGAR

/s/ Matthew Strugar
MATTHEW STRUGAR

LAW OFFICE OF MATTHEW S.L. CATE

/s/ Matthew S.L. Cate
MATTHEW S.L. CATE

*Attorneys for Plaintiff*

**<u>SIGNATURE CERTIFICATION</u>**

Pursuant to Local Rule 5-1(i)(3) for the United States District Court for the Northern District of California, I attest that each of the other signatories on this document have concurred in the filing of the document and that I have obtained authorization for all of the foregoing signatories to affix their electronic signature to this document.

Dated: November 20, 2025                Respectfully submitted,

/s/ Peter Bibring
Peter Bibring
LAW OFFICE OF PETER BIBRING

*Attorney for Plaintiff*

Exhibit 1



July 23, 2024

In Reply refer to
FOIA Control #:
2024-6477

MOTHER JONES
JULIA METRAUX
246 9th Ave
Apt 5
San Francisco  CA  94118  US

Requester reference:

Dear Requester:

The Food and Drug Administration (FDA) has received your Freedom of Information Act (FOIA) request for records regarding:

I am requesting all email correspondence between the FDA and Joseph Brazauskas, Edward Krenik,         Dylan Pasiuk, Thomas Hickey, Shelagh Foster, Marisa Harrilchak, and/or Harry A Sporidis pertaining to the Judge Rotenberg Educational Center and potential regulations to re-ban  Electrical Stimulation Devices.

In processing your FOIA request, FDA will apply, as appropriate, the FOIA exemptions in 5 USC 552(b) and the foreseeable harm standard in 5 USC 552(a)(8)(i). We will respond as soon as possible and may charge you a fee for processing your request. If your informational needs change, and you no longer need the requested records, please contact us to cancel your request, as charges may be incurred once processing of your request has begun. For more information on processing fees, please see http://www.fda.gov/RegulatoryInformation/FOI/FOIAFees/default.htm. PLEASE NOTE: HOURLY RATES FOR SEARCH AND REVIEW INCREASED FOR ALL REQUESTS RECEIVED ON OR AFTER JUNE 1, 2023.

Due to an increase in the number of incoming requests, we may be unable to comply with the twenty-working-day time limit in this case, as well as the ten additional days provided by the FOIA. The actual processing time will depend on the complexity of your request and whether sensitive records, voluminous records, extensive search, and/or consultation with other HHS components or other executive branch agencies are involved. Please note that requests for medical device approval records (e.g. 510K, PMA, DEN) may take up to 18 to 24 months to process.

If you have any questions about your request, please call Wilson M. Russ,  Freedom Of Information Specialist, at (301) 796-8981 or write to us at:
Food and Drug Administration
Division of Freedom of Information
5630 Fishers Lane, Room 1035
Rockville, MD 20857

If you call or write, use the FOIA control number provided above which will help us to answer your questions more quickly.

You also have the right to seek dispute resolution services from:

Office of Government Information Services               and/or          FDA FOIA Public Liaison
National Archives and Administration                                      Office of the Executive Secretariat
8601 Adelphi Road – OGIS                                                US Food and Drug Administration
College Park, MD 20740-6001                                            5630 Fishers Lane, Room 1050
Telephone:202-741-5770                                                 Rockville, MD 20857
Toll-Free: 1-877-684-6448                                              Email: FDAFOIA@fda.hhs.gov
Email:ogis@nara.gov
Fax: 202-741-5769

Sincerely,

SARAH KOTLER
Director

# Exhibit 2

Attn: Madison Pauly
Center for Investigative Reporting
222 Sutter St., Ste. 600
San Francisco, CA 94108

Department of Health and Human Services (HHS) Office of the Secretary (OS)
Freedom of Information Act Office
Hubert H. Humphrey Building, Room 729H
200 Independence Avenue, SW
Washington, D.C. 20201

Re: Freedom of Information Act Request of 5/2/2025

May 2, 2025

Dear FOIA Officer:

This is a Freedom of Information Act request. I request that copies of the following records be made available to me:

**Date Range:** January 20, 2025 to the date the search is conducted

**Description of requested records:**

1. Any email threads, in full, stored in the email accounts of any of the following departmental officials:

   a. Secretary Robert F. Kennedy Jr.
   b. Chief of Staff Heather Flick Melanson
   c. Principal Deputy Chief of Staff and Senior Counselor to the Secretary Stefanie Spear
   d. Deputy Assistant Secretary and Director of the Office of Science and Medicine Marcus Plescia
   e. National Institutes of Health Director Jay Bhattacharya
   f. Acting Assistant Secretary for Health and Deputy Assistant Secretary for Women's Health Dorothy Fink
   g. Acting Chief of Staff of the Office of the Assistant Secretary for Health Michael Fallahkhair

      that include any of the following parties (including contractors, employees, or representatives thereof) in the FROM, TO, CC, or BCC fields:

   a. Rose Li and Associates, including, but not limited to, any email address in the domain "@roseliassociates.com"

    b. Guidehouse, including, but not limited to, John Koenig and Blake Sanchez, and/or any email address in the domain "@guidehouse.com"

    c. Alex Byrne, including, but not limited to, the email address "abyrne@mit.edu"

    d. Roger Severino

    e. Heritage Foundation, including, but not limited to, any email address in the domain "@heritage.org"

    f. Do No Harm, including, but not limited to, any email address in the domain "@donoharmmedicine.org"

    g. Society for Evidence-Based Gender Medicine, including, but not limited to, William Malone, Julia Mason, Evgenia Abbruzzese, and/or any email address in the domain "@segm.org"

2. All other electronic communications (including emails, email attachments, complete email chains, calendar invitations, calendar invitation attachments, text messages, or messages on messaging platforms such as iMessage, Signal, TM SGNL, WhatsApp, or Telegram), in possession of the federal officials named in item (1) of this request where such records pertain in whole or in part to the production of the May 1, 2025 report titled "Treatment for Pediatric Gender Dysphoria: Review of Evidence and Best Practices" [1] or the peer review thereof [2].

3. All contracts and invoices in possession of the Department of Health and Human Services (or any of its constituent units or agencies) to which the firms Guidehouse or Rose Li and Associates are party, including complete email threads to which such documents are attached.

**Format:** Please transmit records electronically whenever possible.

**Waiver of fees and expedition:** I am a journalist with the Center for Investigative Reporting, a non-profit print, digital, and radio news publisher of long standing and wide domestic readership. CIR has a proven record of incorporating public records into distinct journalistic work and disseminating it to a broad public. Responsive records will be incorporated into such an article, or into multiple articles.

HHS' "Treatment for Pediatric Gender Dysphoria: Review of Evidence and Best Practices" report has been a subject of considerable reporting and public engagement, and the release of responsive records to the Center for Investigative Reporting will shed light on relevant federal government operations and procedures.

Disclosure of the requested information is thus in the public interest, and likely to contribute significantly to public understanding of government activities. Given that the Center for Investigative Reporting is a public-interest 501(c)(3) non-profit organization, this request is not motivated by commercial interest. **I ask that you waive all applicable fees and expedite this request to the greatest extent possible.**

If my request is denied in whole or part, I ask that you itemize and justify all deletions by reference to specific exemptions of the act. I will also expect you to release all segregable portions of otherwise

exempt material. I reserve the right to appeal your decision to withhold any information or to deny a waiver of fees.

As I am making this request as a journalist and this information is of timely value, I would appreciate your communicating with me by telephone or email, rather than by mail. If you would like to discuss the scope of this request, or have any other questions, I can be reached at mpauly@cir.org or 415-321-1742

I look forward to your reply within 20 business days.

Sincerely,

Madison Pauly
Reporter, *Center for Investigative Reporting*


[1] https://opa.hhs.gov/gender-dysphoria-report
[2] https://www.hhs.gov/press-room/gender-dysphoria-report-release.html

Exhibit 3



**Madison Pauly <mpauly@cir.org>**

---

## Request Acknowledgement by U.S. Department of Health & Human Services

---

**foiarequest@hhs.gov** <foiarequest@hhs.gov>                                    Fri, May 2, 2025 at 4:54 PM
To: mpauly@cir.org

Dear Madison Pauly,

Request #2025-02670-FOIA-OS has been assigned to the request you submitted. In all future
correspondence regarding this request please reference request #2025-02670-FOIA-OS.

Regards,
U.S. Department of Health & Human Services

# Exhibit 4



Julia Lurie <jlurie@cir.org>

## Status Update for Request #2025-02745-FOIA-OS

**foiarequest@hhs.gov** <foiarequest@hhs.gov>                    Thu, May 15, 2025 at 8:14 AM
To: jlurie@cir.org

Dear Julia Lurie,

The status of your FOIA request #2025-02745-FOIA-OS has been updated to the following status
'Received'. To log into the HHS FOIA Submission Site click on the Application URL below.

https://requests.publiclink.hhs.gov

Sincerely,
U.S. Department of Health & Human Services