CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendant. | No.: 3:25-cv-10039-AMO <br><br> **STIPULATION CONTINUING RESPONSIVE PLEADING DEADLINE** |

    Plaintiff The Center for Investigative Reporting ("Plaintiff") and defendant United States Department of Health and Human Services ("HHS" or "Defendant"), through their undersigned counsel, hereby stipulate pursuant to Civil Local Rules 6-1(a) and 7-12, without a court order, that Defendant's responsive pleading deadline of January 12, 2026 be continued until **February 9, 2026**. This stipulation is based on the following facts:

    1.    This action, filed on November 20, 2025 under the Freedom of Information Act ("FOIA"), identifies one FOIA request directed to the United States Food and Drug Administration, dated July 23, 2024; one FOIA request directed to the HHS Office of the Secretary, dated May 2, 2025; and one FOIA request directed to HHS, dated May 15, 2025 (collectively, the "requests").

    2.    The parties intend to meet and confer regarding the documents sought in the requests, the

search for and release of responsive records, and an appropriate schedule for processing and releasing responsive, non-privileged documents.

   3. In order to enable the parties to continue these efforts, the parties stipulate to continue Defendant's responsive pleading deadline from January 12, 2026 until **February 9, 2026**.

DATED: January 6, 2026      Respectfully submitted,

                  CRAIG H. MISSAKIAN
                  United States Attorney

                  */s/ Savith Iyengar*
                  SAVITH IYENGAR
                  Assistant United States Attorney

                  Attorneys for Defendant

DATED: January 6, 2026      LAW OFFICE OF PETER BIBRING

                  ***Peter Bibring***
                  PETER BIBRING

                  Attorneys for Plaintiff

                  ** In accordance with Civ. L.-R. 5-1(i)(3), the filer of this document attests that this signatory concurs in the filing of this document.