CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | No.: 3:25-cv-10039-AMO<br><br>**STIPULATION CONTINUING RESPONSIVE PLEADING DEADLINE** |

    Plaintiff The Center for Investigative Reporting ("Plaintiff") and defendant United States Department of Health and Human Services ("HHS" or "Defendant"), through their undersigned counsel, hereby stipulate pursuant to Civil Local Rules 6-1(a) and 7-12, without a court order, that Defendant's responsive pleading deadline of February 16, 2026 be continued by one day, until **February 17, 2026**, given that the current deadline falls on a federal holiday. This stipulation is based on the following facts:

    1.    This action, filed on November 20, 2025 under the Freedom of Information Act ("FOIA"), identifies one FOIA request directed to the United States Food and Drug Administration, dated July 23, 2024; one FOIA request directed to the HHS Office of the Secretary, dated May 2, 2025; and one FOIA request directed to HHS, dated May 15, 2025 (collectively, the "requests").

2. The parties previously stipulated to extend Defendant's deadline to file a responsive pleading to February 16, 2026, in order to allow the parties to meet and confer regarding the documents sought in the requests, the search for and release of responsive records, and an appropriate schedule for processing and releasing responsive, non-privileged documents.

3. Given that the current deadline falls on a federal holiday, the parties stipulate to continue Defendant's responsive pleading deadline by one day, from February 16, 2026 until **February 17, 2026**.

| | |
|---|---|
| DATED: February 12, 2026 | Respectfully submitted, |
| | CRAIG H. MISSAKIAN<br>United States Attorney |
| | */s/ Savith Iyengar*<br>SAVITH IYENGAR<br>Assistant United States Attorney |
| | Attorneys for Defendant |
| DATED: February 12, 2026 | LAW OFFICE OF PETER BIBRING |
| | **Peter Bibring*<br>PETER BIBRING |
| | Attorneys for Plaintiff |

** In accordance with Civ. L.-R. 5-1(i)(3), the filer of this document attests that this signatory concurs in the filing of this document.