1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  SAVITH IYENGAR (CABN 268342)
   Assistant United States Attorney
4
         450 Golden Gate Avenue, Box 36055
5        San Francisco, California 94102-3495
         Telephone: (415) 436-7200
6        FAX: (415) 436-6748
         savith.iyengar@usdoj.gov
7
   Attorneys for Defendant
8  UNITED STATES DEPARTMENT OF
   HEALTH AND HUMAN SERVICES
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, | No.: 3:25-cv-10039-AMO |
| Plaintiff, | **STIPULATION CONTINUING RESPONSIVE PLEADING DEADLINE** |
| v. | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| Defendant. | |

Plaintiff The Center for Investigative Reporting ("Plaintiff") and defendant United States Department of Health and Human Services ("HHS" or "Defendant"), through their undersigned counsel, hereby stipulate pursuant to Civil Local Rules 6-1(a) and 7-12, without a court order, that Defendant's responsive pleading deadline of February 16, 2026 be continued by one day, until **February 17, 2026**, given that the current deadline falls on a federal holiday. This stipulation is based on the following facts:

1. This action, filed on November 20, 2025 under the Freedom of Information Act ("FOIA"), identifies one FOIA request directed to the United States Food and Drug Administration, dated July 23, 2024; one FOIA request directed to the HHS Office of the Secretary, dated May 2, 2025; and one FOIA request directed to HHS, dated May 15, 2025 (collectively, the "requests").

2. The parties previously stipulated to extend Defendant's deadline to file a responsive pleading to February 16, 2026, in order to allow the parties to meet and confer regarding the documents sought in the requests, the search for and release of responsive records, and an appropriate schedule for processing and releasing responsive, non-privileged documents.

3. Given that the current deadline falls on a federal holiday, the parties stipulate to continue Defendant's responsive pleading deadline by one day, from February 16, 2026 until **February 17, 2026**.

DATED: February 12, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney

Attorneys for Defendant

DATED: February 12, 2026

LAW OFFICE OF PETER BIBRING

**\*\****Peter Bibring*
PETER BIBRING

Attorneys for Plaintiff

\*\* In accordance with Civ. L.-R. 5-1(i)(3), the filer of this document attests that this signatory concurs in the filing of this document.



IT IS SO ORDERED
Judge Araceli Martínez-Olguín
February 13, 2026