CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, | No.: 3:25-cv-10039-AMO |
| Plaintiff, | **DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT** |
| v. | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| Defendant. | |

    Defendant United States Department of Health and Human Services ("HHS" or "Defendant") and its component entities, by and through the undersigned counsel, hereby respond to the complaint filed by plaintiff The Center for Investigative Reporting ("Plaintiff"), ECF No. 1 ("Complaint"), as follows:

### DEFENDANT'S RESPONSES TO THE NUMBERED PARAGRAPHS

    Defendant responds below to the separately numbered paragraphs and request for relief contained in the Complaint.[1]  To the extent any allegation is not explicitly admitted herein, it is denied.

---

[1] The headings and numbered paragraphs of this Answer correspond to the headings and numbered paragraphs of the Complaint.  Defendant does not waive any defensive theory or agree to or admit that Plaintiff's headings are accurate, appropriate, or substantiated.

1   Moreover, to the extent that the Complaint refers to or quotes from external documents, statutes, or other

2   sources, Defendant may refer to such materials for their accurate and complete contents; however,

3   Defendant's references are not intended to be, and should not be construed to be, an admission that the

4   cited materials are: (a) correctly cited or quoted by Plaintiff; (b) relevant to this, or any other action; or

5   (c) admissible in this, or any other, action.

6                                                    *    *    *    *    *

7                                                **INTRODUCTION**

8        1.      The allegations contained in Paragraph 1 constitute Plaintiff's characterization of this

9   action brought pursuant to the Freedom of Information Act ("FOIA") and relief requested, to which no

10  response is required.  To the extent any response is required, Defendant admits that Plaintiff purports to

11  bring this action under FOIA and denies the remaining allegations of this paragraph.

12       2.      The allegations contained in Paragraph 2 constitute Plaintiff's characterization of this

13  action and their reasons for bringing this action, to which no response is required.  To the extent any

14  response is required, Defendant admits that Plaintiff purports to bring this action under FOIA and denies

15  the remaining allegations of this paragraph.

16       3.      The allegations contained in Paragraph 3 constitute Plaintiff's opinions and/or subjective

17  characterizations, interpretations, speculation, and generalizations to which no response is required and

18  do not set forth a claim for relief or aver facts in support of a claim to which an answer is required, and

19  on that basis are denied.  To the extent any further response is required, Defendant lacks sufficient

20  information or knowledge to form a belief as to the truth or falsity of the allegations contained in this

21  paragraph, and on that basis denies them.

22       4.      The allegations contained in Paragraph 4 constitute Plaintiff's opinions and/or subjective

23  characterizations, interpretations, speculation, and generalizations to which no response is required,

24  including Plaintiff's characterization of information from websites, and do not set forth a claim for relief

25  or aver facts in support of a claim to which a response is required, and on that basis are denied.  With

26  respect to the websites Plaintiff characterizes, Defendant respectfully refers the Court to the websites for

27  full and accurate statements of their contents.  To the extent any further response is required, Defendant

28  lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations

1  contained in this paragraph, and on that basis denies them.

2       5.    The allegations contained in Paragraph 5 constitute Plaintiff's opinions and/or subjective

3  characterizations, interpretations, speculation, and generalizations to which no response is required,

4  including Plaintiff's characterization of information from a website, and do not set forth a claim for

5  relief or aver facts in support of a claim to which a response is required, and on that basis are denied.

6  With respect to the website Plaintiff characterizes, Defendant respectfully refers the Court to the website

7  for a full and accurate statement of its contents.  To the extent any further response is required,

8  Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the

9  allegations contained in this paragraph, and on that basis denies them.

10       6.    The allegations contained in Paragraph 6 constitute Plaintiff's opinions and/or subjective

11  characterizations, interpretations, speculation, and generalizations to which no response is required,

12  including Plaintiff's characterization of information from a website, and do not set forth a claim for

13  relief or aver facts in support of a claim to which a response is required, and on that basis are denied.

14  With respect to the website Plaintiff characterizes, Defendant respectfully refers the Court to the website

15  for a full and accurate statement of its contents.  To the extent any further response is required,

16  Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the

17  allegations contained in this paragraph, and on that basis denies them.

18       7.    The allegations contained in Paragraph 7 constitute Plaintiff's opinions and/or subjective

19  characterizations, interpretations, speculation, and generalizations to which no response is required,

20  including Plaintiff's characterization of information from a website, and do not set forth a claim for

21  relief or aver facts in support of a claim to which a response is required, and on that basis are denied.

22  With respect to the website Plaintiff characterizes, Defendant respectfully refers the Court to the website

23  for a full and accurate statement of its contents.  To the extent a response is required, Defendant admits

24  to the issuance of dismissals in October 2025 but avers that those dismissals were reversed in November

25  2025.  To the extent any further response is required, Defendant lacks sufficient information or

26  knowledge to form a belief as to the truth or falsity of the remaining allegations contained in this

27  paragraph, and on that basis denies them.

28       8.    The allegations contained in Paragraph 8 constitute Plaintiff's opinions and/or subjective

1  characterizations, interpretations, speculation, and generalizations to which no response is required,

2  including Plaintiff's characterization of information from a website, and do not set forth a claim for

3  relief or aver facts in support of a claim to which a response is required, and on that basis are denied.

4  With respect to the website Plaintiff characterizes, Defendant respectfully refers the Court to the website

5  for a full and accurate statement of its contents.  To the extent any further response is required,

6  Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the

7  allegations contained in this paragraph, and on that basis denies them.

8        9.     The allegations contained in Paragraph 9 constitute Plaintiff's legal conclusions to which

9  no response is required.  To the extent a response is required, Defendant respectfully refers the Court to

10  the cited authority and denies all allegations inconsistent therewith.

11       10.    The allegations contained in Paragraph 10 constitute Plaintiff's opinions and/or

12  subjective characterizations, interpretations, speculation, and generalizations to which no response is

13  required, and on that basis are denied.   To the extent any further response is required, Defendant lacks

14  sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained

15  in this paragraph, and on that basis denies them.

16       11.    The allegations contained in Paragraph 11 constitute Plaintiff's opinions and/or

17  subjective characterizations, interpretations, speculation, and generalizations to which no response is

18  required, and on that basis are denied.  To the extent any further response is required, Defendant lacks

19  sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained

20  in this paragraph, and on that basis denies them.

21       12.    The allegations contained in Paragraph 12 constitute Plaintiff's opinions and/or

22  subjective characterizations, interpretations, speculation, and generalizations to which no response is

23  required, including Plaintiff's characterization of information from a website, and do not set forth a

24  claim for relief or aver facts in support of a claim to which a response is required, and on that basis are

25  denied.  With respect to the website Plaintiff characterizes, Defendant respectfully refers the Court to the

26  website for a full and accurate statement of its contents.  To the extent any further response is required,

27  Defendant denies the allegations contained in this paragraph.

28       13.    The allegations contained in Paragraph 13 constitute Plaintiff's characterization of this

action brought pursuant to FOIA and the relief requested, to which no response is required.  To the extent any response is required, Defendant admits that Plaintiff purports to bring this action under FOIA and denies the remaining allegations of this paragraph.

## JURISDICTION

14.    Paragraph 14 contains Plaintiff's legal conclusions regarding jurisdiction, to which no response is required.  To the extent a response is required, Defendant admits this Court has jurisdiction over FOIA claims subject to the terms and limitations of FOIA.

## VENUE AND INTRADISTRICT ASSIGNMENT

15.    Paragraph 15 contains Plaintiff's legal conclusions regarding venue, to which no response is required.  To the extent a response is required, Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in this paragraph, and on that basis denies them.

16.    Paragraph 16 contains Plaintiff's legal conclusions regarding intradistrict assignment, to which no response is required.  To the extent a response is required, Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in this paragraph, and on that basis denies them.

## PARTIES

17.    The allegations contained in Paragraph 17 constitute Plaintiff's characterization of itself, to which no response is required.  To the extent any response is required, Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in this paragraph, and on that basis denies them.

18.    Defendant admits the allegations contained in Paragraph 18.

## FACTUAL BACKGROUND

**A.    CIR relies on FOIA requests to report on matters of public concern involving HHS and its component subagencies.**

19.    The allegations contained in Paragraph 19 constitute Plaintiff's opinions and/or subjective characterizations, interpretations, speculation, and generalizations to which no response is required, including Plaintiff's characterization of information from websites, and do not set forth a claim

1   for relief or aver facts in support of a claim to which a response is required, and on that basis are denied.

2   With respect to the websites Plaintiff characterizes, Defendant respectfully refers the Court to the

3   websites for full and accurate statements of their contents.  To the extent any further response is

4   required, Defendant lacks sufficient information or knowledge to form a belief about the truth or falsity

5   of the allegations in this paragraph, and on that basis denies them.

6       20.    The allegations contained in Paragraph 20 constitute Plaintiff's opinions and/or

7   subjective characterizations, interpretations, speculation, and generalizations to which no response is

8   required, including Plaintiff's characterization of information from websites, and do not set forth a claim

9   for relief or aver facts in support of a claim to which a response is required, and on that basis are denied.

10  With respect to the websites Plaintiff characterizes, Defendant respectfully refers the Court to the

11  websites for full and accurate statements of their contents.  To the extent any further response is

12  required, Defendant lacks sufficient information or knowledge to form a belief about the truth or falsity

13  of the allegations in this paragraph, and on that basis denies them.

14      21.    The allegations contained in Paragraph 21 constitute Plaintiff's opinions and/or

15  subjective characterizations, interpretations, speculation, and generalizations to which no response is

16  required, including Plaintiff's characterization of information from a website, and do not set forth a

17  claim for relief or aver facts in support of a claim to which a response is required, and on that basis are

18  denied.  With respect to the website Plaintiff characterizes, Defendant respectfully refers the Court to the

19  website for a full and accurate statement of its contents.  To the extent any further response is required,

20  Defendant lacks sufficient information or knowledge to form a belief about the truth or falsity of the

21  allegations in this paragraph, and on that basis denies them.

22      22.    The allegations contained in Paragraph 22 constitute Plaintiff's opinions and/or

23  subjective characterizations, interpretations, speculation, and generalizations to which no response is

24  required, including Plaintiff's characterization of information from websites, and do not set forth a claim

25  for relief or aver facts in support of a claim to which a response is required, and on that basis are denied.

26  With respect to the websites Plaintiff characterizes, Defendant respectfully refers the Court to the

27  websites for full and accurate statements of their contents.  To the extent any further response is

28  required, Defendant lacks sufficient information or knowledge to form a belief about the truth or falsity

1  of the allegations in this paragraph, and on that basis denies them.

2       23.    The allegations contained in Paragraph 23 constitute Plaintiff's opinions and/or

3  subjective characterizations, interpretations, speculation, and generalizations to which no response is

4  required, including Plaintiff's characterization of information from a website, and do not set forth a

5  claim for relief or aver facts in support of a claim to which a response is required, and on that basis are

6  denied.  With respect to the website Plaintiff characterizes, Defendant respectfully refers the Court to the

7  website for a full and accurate statement of its contents.  To the extent any further response is required,

8  Defendant lacks sufficient information or knowledge to form a belief about the truth or falsity of the

9  allegations in this paragraph, and on that basis denies them.

10      24.    The allegations contained in Paragraph 24 constitute Plaintiff's opinions and/or

11  subjective characterizations, interpretations, speculation, and generalizations to which no response is

12  required, including Plaintiff's characterization of information from websites, and do not set forth a claim

13  for relief or aver facts in support of a claim to which a response is required, and on that basis are denied.

14  With respect to the websites Plaintiff characterizes, Defendant respectfully refers the Court to the

15  websites for full and accurate statements of their contents.  To the extent any further response is

16  required, Defendant lacks sufficient information or knowledge to form a belief about the truth or falsity

17  of the allegations in this paragraph, and on that basis denies them.

18      25.    The allegations contained in Paragraph 25 constitute Plaintiff's opinions and/or

19  subjective characterizations, interpretations, speculation, and generalizations to which no response is

20  required, and do not set forth a claim for relief or aver facts in support of a claim to which an answer is

21  required, and on that basis are denied.  To the extent any further response is required, Defendant denies

22  the allegations contained in this paragraph.

23  **B.    HHS and its component agencies repeatedly violate the FOIA in their processing of
        CIR's FOIA requests.**

24

25          **a.    Métraux Request**

26      26.    Defendant admits that it received a FOIA request from jmetraux@motherjones.com on

27  July 23, 2024.  The remaining allegations in Paragraph 26 constitute Plaintiff's characterizations of this

28  FOIA request, to which no response is required.  To the extent a response is required, Defendant

1  respectfully refers the Court to the FOIA request for a full and accurate statement of its contents, and

2  denies all allegations inconsistent therewith.

3      27.    Defendant admits that it acknowledged receipt of the July 23, 2024 FOIA request by

4  email the same day, and assigned it FOIA Control Number 2024-6477.  The remaining allegations

5  contained in Paragraph 27 constitute Plaintiff's characterizations of the acknowledgement email, to

6  which no response is required.  Defendant respectfully refers the Court to that communication for a full

7  and accurate statement of its contents, and denies all allegations inconsistent therewith.

8              **b.    Pauly Request**

9      28.    Defendant admits that it received a FOIA request from Ms. Pauly on May 2, 2025.  The

10  remaining allegations contained in Paragraph 28 constitute Plaintiff's characterizations of the FOIA

11  request, to which no response is required.  Defendant respectfully refers the Court to the FOIA request

12  for a full and accurate statement of its contents, and denies all allegations inconsistent therewith.

13      29.    Defendant admits that it acknowledged receipt of the May 2, 2025 FOIA request by email

14  the same day, and assigned it tracking number 2025-02670-FOIA-OS.  The remaining allegations

15  contained in Paragraph 29 constitute Plaintiff's characterizations of the acknowledgement email, to

16  which no response is required.  Defendant respectfully refers the Court to that communication for a full

17  and accurate statement of its contents, and denies all allegations inconsistent therewith.

18              **c.    Lurie Request**

19      30.    Defendant admits that it received a FOIA request from Ms. Lurie on May 15, 2025.  The

20  remaining allegations contained in Paragraph 30 constitute Plaintiff's characterizations of the May 15,

21  2025 FOIA request, to which no response is required.  Defendant respectfully refers the Court to the

22  FOIA request for a full and accurate statement of its contents, and denies all allegations inconsistent

23  therewith.

24      31.    Defendant admits that it acknowledged receipt of the May 15, 2025 FOIA request by

25  email the same day, and assigned it tracking number 2025-02745-FOIA-OS.  The remaining allegations

26  contained in Paragraph 31 constitute Plaintiff's characterizations of the acknowledgement email, to

27  which no response is required.  Defendant respectfully refers the Court to that communication for a full

28  and accurate statement of its contents, and denies all allegations inconsistent therewith.

**d.    HHS failed to respond to all three CIR requests**

32.    Paragraph 32 consists of conclusions of law, to which no response is required.  To the extent a response is required, Defendant respectfully directs the Court to the cited provision and denies all allegations inconsistent therewith.

33.    The allegations contained in Paragraph 33 constitute Plaintiff's legal conclusions to which no response is required.  To the extent a response is required, Defendant admits that as of the date of the Complaint, it had not sought or provided further information with respect to the three FOIA requests that are the subject of this litigation, respectfully directs the Court to the cited statute and denies all allegations inconsistent therewith, and denies the remaining allegations contained in this paragraph.

34.    The allegations contained in Paragraph 34 constitute Plaintiff's characterizations of the three FOIA requests that are the subject of this litigation, and do not set forth a claim for relief or aver facts in support of a claim to which a response is required, and on that basis are denied.  To the extent a response is required, Defendant respectfully refers the Court to the FOIA requests for full and accurate statements of their contents, denies all allegations inconsistent therewith, and denies the remaining allegations contained in this paragraph.

35.    The allegations contained in Paragraph 35 constitute Plaintiff's legal conclusions to which no response is required.  To the extent a response is required, Defendant admits that as of the date of the Complaint, it had not produced records to Plaintiff with respect to the three FOIA requests that are the subject of this litigation, and denies the remaining allegations contained in this paragraph.

36.    The allegations contained in Paragraph 36 constitute Plaintiff's legal conclusions to which no response is required.  To the extent a response is required, Defendant respectfully refers the Court to the cited statute, denies all allegations inconsistent therewith, and denies the remaining allegations contained in this paragraph.

**C.    HHS's non-compliance with the FOIA deadlines has been consistent and widespread since 2017.**

37.    The allegations contained in Paragraph 37 constitute Plaintiff's legal conclusions and opinions and/or subjective characterizations, interpretations, speculation, and generalizations to which no response is required, and on that basis are denied.  To the extent any further response is required,

Defendant respectfully refers the Court to the cited statute, denies all allegations inconsistent therewith, and denies the remaining allegations contained in this paragraph.

38.    The allegations contained in Paragraph 38 constitute Plaintiff's legal conclusions to which no response is required. To the extent a response is required, Defendant respectfully refers the Court to the cited statute and denies all allegations inconsistent therewith.

39.    The allegations contained in Paragraph 39 constitute Plaintiff's characterization of Defendant's historic FOIA compliance record and do not set forth a claim for relief or aver facts in support of a claim to which a response is required.

40.    The allegations contained in Paragraph 40 constitute Plaintiff's characterization of a website and do not set forth a claim for relief or aver facts in support of a claim to which a response is required. With respect to the website Plaintiff characterizes, Defendant respectfully refers the Court to the website for a full and accurate statement of its contents and denies all allegations inconsistent therewith.

41.    The allegations contained in Paragraph 41 constitute Plaintiff's characterization of information from a website and do not set forth a claim for relief or aver facts in support of a claim to which a response is required. With respect to the website Plaintiff characterizes, Defendant respectfully refers the Court to the website for a full and accurate statement of its contents and denies all allegations inconsistent therewith.

42.    The allegations contained in Paragraph 42 constitute Plaintiff's opinions and/or subjective characterizations, interpretations, speculation, and generalizations to which no response is required, and do not set forth a claim for relief or aver facts in support of a claim to which a response is required, and on that basis are denied. To the extent any further response is required, Defendant denies the allegations contained in this paragraph.

43.    The allegations contained in Paragraph 43 constitute Plaintiff's characterization of a website and do not set forth a claim for relief or aver facts in support of a claim to which a response is required. With respect to the website Plaintiff characterizes, Defendant respectfully refers the Court to the website for a full and accurate statement of its content and denies all allegations inconsistent therewith.

44.     The allegations contained in Paragraph 44 constitute Plaintiff's characterization of a website and do not set forth a claim for relief or aver facts in support of a claim to which a response is required.  With respect to the website Plaintiff characterizes, Defendant respectfully refers the Court to the website for a full and accurate statement of its content and denies all allegations inconsistent therewith.

45.     The allegations contained in Paragraph 45 constitute Plaintiff's characterization of a website and do not set forth a claim for relief or aver facts in support of a claim to which a response is required.  With respect to the website Plaintiff characterizes, Defendant respectfully refers the Court to the website for a full and accurate statement of its content and denies all allegations inconsistent therewith.

46.     The allegations contained in Paragraph 46 constitute Plaintiff's characterization of a website and do not set forth a claim for relief or aver facts in support of a claim to which a response is required.  With respect to the website Plaintiff characterizes, Defendant respectfully refers the Court to the website for a full and accurate statement of its content and denies all allegations inconsistent therewith.

47.     The allegations contained in Paragraph 47 constitute Plaintiff's characterization of a website and do not set forth a claim for relief or aver facts in support of a claim to which a response is required.  With respect to the website Plaintiff characterizes, Defendant respectfully refers the Court to the website for a full and accurate statement of its content and denies all allegations inconsistent therewith.

48.     The allegations contained in Paragraph 48 constitute Plaintiff's opinions and/or subjective characterizations, interpretations, speculation, and generalizations to which no response is required, and do not set forth a claim for relief or aver facts in support of a claim to which an answer is required, and on that basis are denied.  To the extent any further response is required, Defendant denies the allegations contained in this paragraph.

49.     The allegations contained in Paragraph 49 constitute Plaintiff's characterization of a website and do not set forth a claim for relief or aver facts in support of a claim to which a response is required.  With respect to the website Plaintiff characterizes, Defendant respectfully refers the Court to

the website for a full and accurate statement of its content and denies all allegations inconsistent therewith.

50.    The allegations contained in Paragraph 50 constitute Plaintiff's characterization of a website and do not set forth a claim for relief or aver facts in support of a claim to which a response is required.  With respect to the website Plaintiff characterizes, Defendant respectfully refers the Court to the website for a full and accurate statement of its content and denies all allegations inconsistent therewith.

51.    The allegations contained in Paragraph 51 constitute Plaintiff's opinions and/or subjective characterizations, interpretations, speculation, and generalizations to which no response is required and do not set forth a claim for relief or aver facts in support of a claim to which a response is required, and on that basis are denied.  To the extent any further response is required, Defendant lacks sufficient information or knowledge to form a belief about the truth or falsity of the allegations in this paragraph, which on that basis are denied.

52.    The allegations contained in Paragraph 52 constitute Plaintiff's opinions and/or subjective characterizations, interpretations, speculation, and generalizations to which no response is required and do not set forth a claim for relief or aver facts in support of a claim to which a response is required, and on that basis are denied.  To the extent any further response is required, Defendant lacks sufficient information or knowledge to form a belief about the truth or falsity of the allegations in this paragraph, which on that basis are denied.

53.    The allegations contained in Paragraph 53 constitute Plaintiff's opinions and/or subjective characterizations, interpretations, speculation, and generalizations to which no response is required, including Plaintiff's characterization of separate FOIA litigation, and do not set forth a claim for relief or aver facts in support of a claim to which a response is required, and on that basis are denied. To the extent any further response is required, Defendant respectfully refers the Court to the cited case and denies all allegations inconsistent therewith.

54.    The allegations contained in Paragraph 54 constitute Plaintiff's characterization of a website and do not set forth a claim for relief or aver facts in support of a claim to which a response is required, and on that basis are denied.  With respect to the website Plaintiff characterizes, Defendant

1    respectfully refers the Court to the website for a full and accurate statement of its contents and denies all

2    allegations inconsistent therewith.

3         55.     The allegations contained in Paragraph 55 constitute Plaintiff's characterization of a

4    website and do not set forth a claim for relief or aver facts in support of a claim to which a response is

5    required, and on that basis are denied. With respect to the website Plaintiff characterizes, Defendant

6    respectfully refers the Court to the website for a full and accurate statement of its contents and denies all

7    allegations inconsistent therewith.

8         **D.**      **In 2025 HHS took steps that only further cemented its policy and practice of delay**
              **and worsened its track record of noncompliance.**
9

10         56.     The allegations contained in Paragraph 56 constitute Plaintiff's opinions and/or

11    subjective characterizations, interpretations, speculation, and generalizations to which no response is

12    required, including Plaintiff's characterization of a website, and do not set forth a claim for relief or aver

13    facts in support of a claim to which a response is required, and on that basis are denied. To the extent

14    any further response is required, Defendant respectfully refers the Court to the website for a full and

15    accurate statement of its contents and denies all allegations inconsistent therewith.

16         57.     The allegations contained in Paragraph 57 constitute Plaintiff's opinions and/or

17    subjective characterizations, interpretations, speculation, and generalizations to which no response is

18    required, including Plaintiff's characterization of a website, and do not set forth a claim for relief or aver

19    facts in support of a claim to which a response is required, and on that basis are denied. To the extent

20    any further response is required, Defendant denies the allegation in the first sentence of Paragraph 57

21    and avers that an announcement of a major restructuring was made on March 27, 2025. With respect to

22    the remaining allegations of this paragraph, Defendant respectfully refers the Court to the website for a

23    full and accurate statement of its contents and denies all allegations inconsistent therewith.

24         58.     The allegations contained in Paragraph 58 constitute Plaintiff's opinions and/or

25    subjective characterizations, interpretations, speculation, and generalizations to which no response is

26    required, including Plaintiff's characterization of websites, and do not set forth a claim for relief or aver

27    facts in support of a claim to which a response is required, and on that basis are denied. To the extent

28    any further response is required, Defendant respectfully refers the Court to the websites for full and

accurate statements of their contents and denies all allegations inconsistent therewith, and admits that

the FOIA offices within FDA and HHS's Office of the General Counsel have undergone workload

restructuring.

59.    The allegations contained in Paragraph 59 constitute Plaintiff's opinions and/or

subjective characterizations, interpretations, speculation, and generalizations to which no response is

required, including Plaintiff's characterization of a website, and do not set forth a claim for relief or aver

facts in support of a claim to which a response is required, and on that basis are denied.  To the extent

any further response is required, Defendant respectfully refers the Court to the website for a full and

accurate statement of its contents and denies all allegations inconsistent therewith

60.    The allegations contained in Paragraph 60 constitute Plaintiff's opinions and/or

subjective characterizations, interpretations, speculation, and generalizations to which no response is

required, including Plaintiff's characterization of a website, and do not set forth a claim for relief or aver

facts in support of a claim to which a response is required, and on that basis are denied.  To the extent

any further response is required, Defendant respectfully refers the Court to the website for a full and

accurate statement of its contents and denies all allegations inconsistent therewith.

61.    The allegations contained in Paragraph 61 constitute Plaintiff's opinions and/or

subjective characterizations, interpretations, speculation, and generalizations to which no response is

required, and does not set forth a claim for relief or aver facts in support of a claim to which an answer

is required, and on that basis are denied.  To the extent any further response is required, Defendant

denies the allegations of this paragraph.

62.    The allegations contained in Paragraph 62 constitute Plaintiff's opinions and/or

subjective characterizations, interpretations, speculation, and generalizations to which no response is

required, including Plaintiff's characterization of a website, and do not set forth a claim for relief or aver

facts in support of a claim to which a response is required, and on that basis are denied.  To the extent

any further response is required, Defendant respectfully refers the Court to the website for a full and

accurate statement of its contents and denies all allegations inconsistent therewith.

63.    The allegations contained in Paragraph 63 constitute Plaintiff's opinions and/or

subjective characterizations, interpretations, speculation, and generalizations to which no response is

1   required, including Plaintiff's characterization of a separate FOIA request and website, and do not set

2   forth a claim for relief or aver facts in support of a claim to which a response is required, and on that

3   basis are denied.

4          64.    The allegations contained in Paragraph 64 constitute Plaintiff's opinions and/or

5   subjective characterizations, interpretations, speculation, and generalizations to which no response is

6   required, including Plaintiff's characterization of separate FOIA litigation, and do not set forth a claim

7   for relief or aver facts in support of a claim to which a response is required, and on that basis are denied.

8   To the extent any further response is required, Defendant respectfully refers the Court to the cited cases

9   for full and accurate statements of their contents and denies all allegations inconsistent therewith.

10         65.    The allegations contained in Paragraph 65 constitute Plaintiff's legal conclusions to

11  which no response is required.  To the extent a response is required, Defendant respectfully refers the

12  Court to the cited statute, denies all allegations inconsistent therewith, and denies the remaining

13  allegations contained in this paragraph.

14         66.    The allegations contained in Paragraph 66 constitute Plaintiff's opinions and/or

15  subjective characterizations, interpretations, speculation, and generalizations to which no response is

16  required, including Plaintiff's characterization of itself, and do not set forth a claim for relief or aver

17  facts in support of a claim to which a response is required, and on that basis are denied.  To the extent

18  any further response is required, Defendant lacks sufficient information or knowledge to form a belief

19  about the truth or falsity of the allegations in this paragraph, and on that basis denies them.

20                                    **CAUSE OF ACTION**

21                             **Violation of FOIA (5 U.S.C. § 552)**

22         67.    Defendant realleges and incorporates by reference its responses to Paragraphs 1 – 66

23  above as though fully set forth herein.

24         68.    Paragraph 68 contains Plaintiff's legal conclusions regarding FOIA, to which no response

25  is required.  To the extent a response is required, Defendant respectfully directs the Court to the

26  provisions of FOIA and denies all allegations inconsistent therewith.

27         69.    Paragraph 69 contains Plaintiff's legal conclusions regarding FOIA, to which no response

28  is required.  To the extent a response is required, Defendant respectfully directs the Court to the

1  provisions of FOIA and denies all allegations inconsistent therewith.

2      70.    Paragraph 70 contains Plaintiff's legal conclusions regarding FOIA, to which no response

3  is required.  To the extent a response is required, Defendant respectfully directs the Court to the

4  provisions of FOIA and denies all allegations inconsistent therewith.

5      71.    Paragraph 71 contains Plaintiff's legal conclusions regarding FOIA, to which no response

6  is required.  To the extent a response is required, Defendant respectfully directs the Court to the

7  provisions of FOIA and denies all allegations inconsistent therewith.

8      72.    Paragraph 72 contains Plaintiff's legal conclusions regarding FOIA, to which no response

9  is required.  To the extent a response is required, Defendant respectfully directs the Court to the

10  provisions of FOIA and denies all allegations inconsistent therewith.

11                              **REQUESTED RELIEF**

12      The remainder of the Complaint consists of Plaintiff's request for relief, to which no response is

13  required.  To the extent these paragraphs are deemed to contain factual allegations, Defendant denies

14  those allegations and denies that Plaintiff is entitled to relief.

15                        **AFFIRMATIVE OR OTHER DEFENSES**

16                            **FIRST AFFIRMATIVE DEFENSE**

17      The Court lacks subject matter jurisdiction over any requested relief that exceeds the relief

18  authorized by FOIA, including but not limited to the injunctive relief requested.

19                          **SECOND AFFIRMATIVE DEFENSE**

20      The Complaint fails to state a claim upon which relief may be granted.

21                            **THIRD AFFIRMATIVE DEFENSE**

22      Plaintiff did not submit a FOIA request that reasonably describes the records sought as required

23  by FOIA.

24                          **FOURTH AFFIRMATIVE DEFENSE**

25      Plaintiff has not alleged sufficient factual and/or legal bases for its request for attorneys' fees

26  and/or costs.

27                            **FIFTH AFFIRMATIVE DEFENSE**

28      At all times alleged in the Complaint, Defendant was acting in good faith, with justification and

pursuant to authority.

## SIXTH AFFIRMATIVE DEFENSE

The information that Defendant has withheld or will withhold in response to Plaintiff's FOIA request is exempt in whole or part from public disclosure under the FOIA, 5 U.S.C. § 552(b), and the Privacy Act, 5 U.S.C. § 552a, *et seq*.

## SEVENTH AFFIRMATIVE DEFENSE

Defendant has conducted adequate searches in response to the underlying requests under FOIA, or otherwise is in the process of completing its searches for and releases of any non-exempt, responsive records, or segregable portions thereof.

## EIGHTH AFFIRMATIVE DEFENSE

The Complaint does not satisfy Federal Rule of Civil Procedure 8(a)(2) because it alleges information that is unnecessary to a "short and plain" statement of the claim, and therefore all such immaterial and impertinent matters should be stricken pursuant to Rule 12(f).

\*    \*    \*    \*    \*

Defendant reserves the right to assert additional affirmative defenses if such affirmative defenses become appropriate.

## **DEFENDANT'S PRAYER FOR RELIEF**

WHEREFORE, Defendant prays that:

1.    Plaintiff takes nothing by its Complaint;

2.    The Complaint be dismissed with prejudice;

3.    Judgment be entered in favor of Defendant;

4.    Defendant be awarded its costs of suit; and

5.    The Court awards such other and further relief as it may deem proper.

DATED: February 17, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney

Attorneys for Defendant