CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | No.: 3:25-cv-10039-AMO<br><br>**STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER** |

Plaintiff The Center for Investigative Reporting ("Plaintiff") and defendant United States Department of Health and Human Services ("HHS" or "Defendant"), through their undersigned counsel, hereby STIPULATE and respectfully REQUEST pursuant to Civil Local Rules 6-2 and 7-12 that the Court continue the parties' initial case management conference ("CMC") set for March 12, 2026 and related deadlines by six (6) weeks, with the parties' initial CMC continued until **April 23, 2026**, and the parties' joint CMC statement due by April 16, 2026. This stipulation is based on the following facts:

    1.    This action, filed on November 20, 2025 under the Freedom of Information Act ("FOIA"), identifies one FOIA request directed to the United States Food and Drug Administration, dated July 23, 2024; one FOIA request directed to the HHS Office of the Secretary, dated May 2, 2025; and one FOIA request directed to HHS, dated May 15, 2025 (collectively, the "requests").

2. The parties have met and conferred and intend to meet and confer further regarding the documents sought in the requests, the search for and release of responsive records, and an appropriate schedule for processing and releasing responsive, non-privileged documents.

3. In order to enable the parties to continue these efforts, the parties stipulate to and respectfully request that the Court continue their initial CMC and related deadlines by six (6) weeks, with the parties' initial CMC continued until **April 23, 2026**, although the parties will hold their conference pursuant to Rule 26(f) by March 27, 2026. There have been three prior time modifications in this matter, all involving Defendants' responsive pleading deadline. ECF Nos. 17–20. The parties believe that this extension would not prejudice any party and would allow for a more efficient initial CMC, if necessary following the parties' meet and confer efforts.

DATED: February 27, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney

Attorneys for Defendant

DATED: February 27, 2026

LAW OFFICE OF PETER BIBRING

**\*\****Peter Bibring*
PETER BIBRING

Attorneys for Plaintiff

\*\* In accordance with Civ. L.-R. 5-1(i)(3), the filer of this document attests that this signatory concurs in the filing of this document.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The parties' initial CMC and related deadlines are continued by six (6) weeks, with the parties' initial CMC continued from March 12, 2026 at 10:00 a.m. until **April 23, 2026 at 10:00 a.m.** The parties' joint CMC statement is due by April 16, 2026. The parties will hold their meeting pursuant to Rule 26(f) by March 27, 2026.

SO ORDERED.

DATED: February 27, 2026

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge