CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   FAX: (415) 436-6748
   savith.iyengar@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>          Defendant. | No.: 3:25-cv-10039-AMO<br><br>**DECLARATION OF SAVITH IYENGAR** |

I, Savith Iyengar, declare as follows:

1.    I am an Assistant United States Attorney and represent defendant United States Department of Health and Human Services ("Defendant") in the above-captioned matter. I am a member in good standing of the State Bar of California and the bar of this Court. I make this declaration in support of the parties' stipulation and proposed order filed concurrently herewith. The matters stated in this declaration are true of my own knowledge and, if necessary, I could and would competently testify to them.

2.    On February 26, 2026, I met and conferred by videoconference with counsel for plaintiff The Center for Investigative Reporting ("Plaintiff") regarding this matter, including the modification to the schedule contained in the stipulation and proposed order. The same day, I sent Plaintiff's counsel a

DECLARATION OF SAVITH IYENGAR
3:25-CV-10039-AMO                                                                1

1  draft of the stipulation and proposed order and received his permission to file a modified draft the next
2  day.  This is the parties' fourth modification of deadlines in this case, following three prior stipulations
3  to continue the responsive pleading deadline.  *See* ECF Nos. 17–20.
4       I declare under penalty of perjury under the laws of the United States of America that the above
5  is true and correct. Executed this 27th day of February, 2026, in San Francisco, California.

7  DATED: February 27, 2026                                                                                 */s/ Savith Iyengar*
                                                                                             SAVITH IYENGAR
8                                                                                               Assistant United States Attorney