CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-6748
savith.iyengar@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | No.: 3:25-cv-10039-AMO<br><br>**STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER** |

Plaintiff The Center for Investigative Reporting ("Plaintiff") and defendant United States Department of Health and Human Services ("HHS" or "Defendant"), through their undersigned counsel, hereby STIPULATE and respectfully REQUEST pursuant to Civil Local Rules 6-2 and 7-12 that the Court continue the parties' initial case management conference ("CMC") set for April 23, 2026 and related deadlines by six (7) weeks, with the parties' initial CMC continued until **June 11, 2026**, and the parties' joint CMC statement due by June 4, 2026.  This stipulation is based on the following facts:

1.      This action, filed on November 20, 2025 under the Freedom of Information Act ("FOIA"), identifies one FOIA request directed to the United States Food and Drug Administration, dated July 23, 2024; one FOIA request directed to the HHS Office of the Secretary, dated May 2, 2025; and one FOIA request directed to HHS, dated May 15, 2025 (collectively, the "requests").

STIPULATION AND [PROPOSED] ORDER
3:25-CV-10039-AMO                                     1

2.       The parties have met and conferred and intend to meet and confer further regarding the documents sought in the requests, the search for and release of responsive records, and an appropriate schedule for processing and releasing responsive, non-privileged documents.  The parties have also held their meeting pursuant to Rule 26(f).  Defendant expects to make its first release of responsive, non-privileged documents to Plaintiff on or before April 30, 2026, with subsequent releases at the end of each month thereafter.  Defendant is prioritizing the processing of certain categories of documents and the parties intend to meet and confer after Defendant's initial releases are made regarding next steps.

3.       In order to enable the parties to continue these efforts, the parties stipulate and respectfully request that the Court continue their initial CMC and related deadlines by seven (7) weeks, with the parties' initial CMC continued until **June 11, 2026**. There have been four prior time modifications in this matter.  Three modifications involved Defendant's responsive pleading deadline, ECF Nos. 17–20, before Defendant filed its answer, ECF No. 21.  One modification involved this initial CMC, which the parties previously stipulated to continue, and this Court continued, to allow them to engage in the meet and confer efforts described above.  ECF Nos. 22–23.  The parties believe that this extension would not prejudice any party and would allow for a more efficient initial CMC, if necessary following the parties' meet and confer efforts.

DATED: April 12, 2026                                    Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney
*/s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney

Attorneys for Defendant

DATED: April 12, 2026                                    LAW OFFICE OF PETER BIBRING

**\*\**Peter Bibring*
PETER BIBRING

Attorneys for Plaintiff

\*\* In accordance with Civ. L.-R. 5-1(i)(3), the filer of this document attests that this signatory concurs in the filing of this document.

STIPULATION AND [PROPOSED] ORDER
3:25-CV-10039-AMO                                                2

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The parties' initial CMC and related deadlines are continued by seven (7) weeks, with the parties' initial CMC continued from April 23, 2026 at 10:00 a.m. until **June 11, 2026 at 10:00 a.m.**  The parties' joint CMC statement is due by June 4, 2026.

SO ORDERED.

DATED: April ____, 2026

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge