CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| THE CENTER FOR INVESTIGATIVE REPORTING, | ) No.: 4:25-cv-10039-AMO |
|---|---|
| Plaintiff, | ) **DECLARATION OF SAVITH IYENGAR** |
| v. | ) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) |
| Defendant. | ) |

I, Savith Iyengar, declare as follows:

1. I am an Assistant United States Attorney and represent defendant United States Department of Health and Human Services ("Defendant") in the above-captioned matter. I am a member in good standing of the State Bar of California and the bar of this Court. I make this declaration in support of the parties' stipulation and proposed order filed concurrently herewith. The matters stated in this declaration are true of my own knowledge and, if necessary, I could and would competently testify to them.

2. On May 13, 2026, I met and conferred by videoconference with counsel for plaintiff The Center for Investigative Reporting ("Plaintiff") regarding this matter. Later that day, I sent Plaintiff's counsel a draft of the stipulation and proposed order and received his permission to file it. This is the

DECLARATION OF SAVITH IYENGAR
4:25-cv-10039-AMO             1

parties' sixth modification of deadlines in this case, following three prior stipulations to continue the responsive pleading deadline, ECF Nos. 17–20, and two stipulations to continue the parties' initial case management conference and related deadlines, ECF Nos. 22–23, 25–26.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 14th day of May, 2026, in San Francisco, California.

DATED: May 14, 2026                              /s/ Savith Iyengar
                                                 SAVITH IYENGAR
                                                 Assistant United States Attorney

DECLARATION OF SAVITH IYENGAR
4:25-cv-10039-AMO                                    2