D. Victoria Baranetsky, SBN 311892
Brooke Henderson (*pro hac vice*)
THE CENTER FOR INVESTIGATIVE
REPORTING
222 Sutter St.
San Francisco, CA 94108
(510) 982-2890 (t)
(510) 849-6141 (f)
vbaranetsky@cir.org

Matthew Strugar, SBN 232951
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(323) 696-2299 (t)
matthew@matthewstrugar.com

Peter Bibring, SBN 223981
LAW OFFICE OF PETER BIBRING
2210 W. Sunset Blvd., #203
Los Angeles, CA 90026
(213) 471-2022 (t)
peter@bibringlaw.com

Matthew S.L. Cate, SBN 295546
LAW OFFICE OF MATTHEW S. L. CATE
101 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel/Fax: (415) 964-4400
matt@matthewcatelaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendant. | Case No. 25-cv-10039-AMO <br><br> **ADMINISTRATIVE MOTION AND STIPULATION REQUESTING VIRTUAL APPEARANCES FOR CASE MANAGEMENT CONFERENCE; ORDER** |

Plaintiff The Center for Investigative Reporting ("Plaintiff") and defendant United States Department of Health and Human Services ("HHS" or "Defendant"), through their undersigned counsel, hereby stipulate STIPULATE and respectfully REQUEST pursuant to the Court's Standing Civil Order, Part C.2, and Civil Local Rule 7-11, that this Court hold the case management conference scheduled for Thursday, June 25, 2025, at 10 a.m. via Zoom and allow remote appearances by counsel.

Good cause exists to hold the Case Management Conference via Zoom. Two of the attorneys for Plaintiff, including lead counsel, are based in Los Angeles and respectfully request the remote appearance to avoid the expense of travel for an appearance that may be of limited substance and duration.  However, counsel stand prepared to appear in person if the Court anticipates substantial discussion or otherwise prefers an in-person appearance for any reason.

Respectfully submitted,

DATED: June 12, 2026

THE CENTER FOR INVESTIGATIVE REPORTING
LAW OFFICE OF PETER BIBRING
LAW OFFICE OF MATTHEW STRUGAR
LAW OFFICE OF MATTHEW S.L. CATE

*/s/ Peter Bibring*
PETER BIBRING

Attorneys for Plaintiff

DATED: June 12, 2026

CRAIG H. MISSAKIAN
United States Attorney

** *Roman A. Swoopes*
ROMAN A. SWOOPES
Assistant United States Attorney

Attorneys for Defendant

** In accordance with Civ. L.-R. 5-1(i)(3), the filer of this document attests that this signatory concurs in the filing of this document.

## ORDER

PURSUANT TO STIPULATION, and good cause appearing the parties' initial Case Management Conference set for June 25, 2026 at 10:00 a.m. shall be held via Zoom video. The parties are directed to comply with the procedures for virtual appearances set forth in Part C.2 of the Court's Standing Civil Order for Civil Cases.

IT IS SO ORDERED.

DATED:     June 15, 2026



_____

HON. ARACELI
United States Dist

ADMINISTRATIVE MOTION REQUESTING VIRTUAL APPEARANCES AT CASE MANAGEMENT CONFERENCE